Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31390–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shane Joesph Sloan
236 Parkertown Drive
Tuckerton, NJ 08087

Sabrina Marie Sloan
aka Sabrina Marie Bell
236 Parkertown Drive
Tuckerton, NJ 08087

Social Security No.:
xxx–xx–3508

xxx–xx–7466

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            1/9/18
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 7, 2017
JAN: wdr

Jeanne Naughton
Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 17-31390-MBK
Shane Joesph Sloan  Chapter 13
Sabrina Marie Sloan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 2                  Date Rcvd: Nov 07, 2017
                              Form ID: 132                Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 09, 2017.
db/jdb         +Shane Joesph Sloan,    Sabrina Marie Sloan,    236 Parkertown Drive,    Tuckerton, NJ 08087-3607
517134809      +1st Card Service,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517134810      +AR Resources,    Bankruptcy,    PO Box 1056,    Blue Bell, PA 19422-0287
517134812      +Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin Street,    Woodland Hills, CA 91367-3714
517134814      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
517134818      +Fed Loan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517134819       First Premier Bank,    601 S Minneapolis Avenue,    Sioux Falls, SD 57104
517134820      +First Premier Bank,    3820 N Louise Avenue,    Sioux Falls, SD 57107-0145
517134822      +I.C. System Inc.,    PO Box 64378,    Saint Paul, MN 55164-0378
517134825      +New Jersey Motor Vehicle Comissions,    PO Box 160,    Trenton, NJ 08666-0160
517134826      +Paramount Recovery Sys,    7524 Bosque Blvd Ste L,    Waco, TX 76712-3772
517134827      +Paramount Recovery Systems,    200 N. New Road,    PO Box 21626,    Waco, TX 76702-1626
517134828      +Pluese, Becker & Saltzman,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
517134830      +Quality Asset Recovery,    7 Foster Avenue,    Suite 101,    Gibbsboro, NJ 08026-1191
517134829      +Quality Asset Recovery,    PO Box 239,    Gibbsboro, NJ 08026-0239
517134831      +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
517134834      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517134835      +Verizon Wireless,    Verizon Wireless Bankruptcy Admin.,    500 Technology Drive,    Suite 500,
                 Saint Charles, MO 63304-2225
517134836      +Verizon Wireless,    PO Box 650051,    Dallas, TX 75265-0051
517134837      +Wells Fargo Card Servics,    PO Box 10438,    MACF8235-02F,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 07 2017 22:32:35      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 07 2017 22:32:31      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517134813      +E-mail/Text: kzoepfel@credit-control.com Nov 07 2017 22:32:36      Central Loan Admin & R,
                 425 Phillips Blvs,   Trenton, NJ 08618-1430
517134815      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 07 2017 22:33:20      Credit Collections,
                 Attention: Bankruptcy,   725 Canton Street,   Norwood, MA 02062-2679
517134816      +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 07 2017 22:33:20      Credit Collections,
                 PO Box 607,   Norwood, MA 02062-0607
517134817      +E-mail/PDF: pa_dc_ed@navient.com Nov 07 2017 22:35:26      Dept of Ed/Navient,
                 Attn: Claims Dept,   PO Box 9635,   Wilkes Barre, PA 18773-9635
517134821      +E-mail/Text: admin@forestrecoveryservices.com Nov 07 2017 22:33:16      Forest Recovery Service,
                 PO Box 83,   Barrington, IL 60011-0083
517134823       E-mail/Text: cio.bncmail@irs.gov Nov 07 2017 22:32:06      Internal Service Revenue,
                 PO Box 7346,   Philadelphia, PA 19101-7346
517134824      +E-mail/Text: jgoley@leadersfc.com Nov 07 2017 22:32:20      Leaders Financial Comp.,
                 21 Commerece Drive,   Floor 1,   Cranford, NJ 07016-3519
517134832      +E-mail/Text: bankruptcy@senexco.com Nov 07 2017 22:31:42      Senex Services Corp,
                 3333 Founders Road, 2nd Fl,   Indianapolis, IN 46268
517134833      +E-mail/Text: bankruptcy@sw-credit.com Nov 07 2017 22:32:35      Southwest Credit Services,
                 4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958
517134838      +E-mail/Text: collect@williamsalexander.com Nov 07 2017 22:32:16      Williams, Alexander,
                 PO Box 2148,   Wayne, NJ 07474-2148
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517134811*     +AR Resources, Inc,   Bankruptcy,   PO Box 1056,   Blue Bell, PA 19422-0287
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Nov 07, 2017
                              Form ID: 132               Total Noticed: 32
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2017 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
               rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Shane Joesph Sloan bkwoliver@aol.com,
               r59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Sabrina Marie Sloan bkwoliver@aol.com,
               r59915@notify.bestcase.com
                                                                                         TOTAL: 5
```