Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17–31390–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shane Joesph Sloan
236 Parkertown Drive
Tuckerton, NJ 08087

Sabrina Marie Sloan
aka Sabrina Marie Bell
236 Parkertown Drive
Tuckerton, NJ 08087

Social Security No.:
   xxx–xx–3508                                         xxx–xx–7466

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 13, 2018.

On June 27, 2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date:              August 14, 2018
Time:              10:00 AM
Location:          Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 28, 2018
JAN: wdr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-31390-MBK
Shane Joesph Sloan                                                    Chapter 13
Sabrina Marie Sloan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2          Date Rcvd: Jun 28, 2018
                             Form ID: 185          Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
db/jdb        +Shane Joesph Sloan,   Sabrina Marie Sloan,   236 Parkertown Drive,   Tuckerton, NJ 08087-3607
517134809     +1st Card Service,   377 Hoes Lane,   Piscataway, NJ 08854-4138
517134810     +AR Resources,   Bankruptcy,   PO Box 1056,   Blue Bell, PA 19422-0287
517134812    ++CAINE & WEINER COMPANY,   12005 FORD ROAD 300,   DALLAS TX 75234-7262
              (address filed with court: Caine & Weiner,   Attn: Bankruptcy,   21210 Erwin Street,
              Woodland Hills, CA 91367)
517134814     +Commonwealth Financial,   245 Main St,   Dickson City, PA 18519-1641
517351687     +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
517134818     +Fed Loan Servicing,   Attn: Bankruptcy,   PO Box 69184,   Harrisburg, PA 17106-9184
517134819      First Premier Bank,   601 S Minneapolis Avenue,   Sioux Falls, SD 57104
517134820     +First Premier Bank,   3820 N Louise Avenue,   Sioux Falls, SD 57107-0145
517374437     +HomeBridge Financial Services, Inc.,   c/o Cenlar FSB,   425 Phillips Blvd,
              Ewing, NJ 08618-1430
517134822     +I.C. System Inc.,   PO Box 64378,   Saint Paul, MN 55164-0378
517165406     +JCP&L,   POB 3687,   Akron, OH 44309-3687
517165407      Municipal Court of Toms River,   225 Oak Ave,   Toms River, NJ  08753
517297938     +NJSVS,   POB 136,   Trenton, NJ 08666-0136
517165408     +New Jersey Manufacturers Ins Co,   Att: Parker young Antinoff,   2 Eves Dr Ste 200,
              Marlton, NJ 08053-3193
517134825     +New Jersey Motor Vehicle Comissions,   PO Box 160,   Trenton, NJ 08666-0160
517165409     +New Jersey Natural Gas,   1415 Wyckoff Rd,   POB 1378,   Wall, NJ 07719-1378
517165410      Ocean Medical Center,   POB 650292,   Dallas, TX  75265-0292
517134826     +Paramount Recovery Sys,   7524 Bosque Blvd Ste L,   Waco, TX 76712-3772
517134827     +Paramount Recovery Systems,   200 N. New Road,   PO Box 21626,   Waco, TX 76702-1626
517134828     +Pluese, Becker & Saltzman,   20000 Horizon Way, Ste 900,   Mount Laurel, NJ 08054-4318
517134830     +Quality Asset Recovery,   7 Foster Avenue,   Suite 101,   Gibbsboro, NJ 08026-1191
517134829     +Quality Asset Recovery,   PO Box 239,   Gibbsboro, NJ 08026-0239
517134832    ++SENEX SERVICES CORP,   3333 FOUNDERS ROAD,   2ND FLOOR,   INDIANAPOLIS IN 46268-4932
              (address filed with court: Senex Services Corp,   3333 Founders Road, 2nd Fl,
              Indianapolis, IN 46268)
517134831     +Santander Consumer USA,   PO Box 961245,   Fort Worth, TX 76161-0244
517177618     +Santander Consumer USA, Inc.,   P.O. Box 560284,   Dallas, TX 75356-0284
517134834     +State of New Jersey,   Division of Taxation,   PO Box 245,   Trenton, NJ 08602-0245
517165411     +Stern Eisenberg,   1040 N Kings Highway,   Ste 407,   Cherry Hill, NJ 08034-1925
517134837     +Wells Fargo Card Servics,   PO Box 10438,   MACF8235-02F,   Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2018 23:57:42     U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2018 23:57:39     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517369978     E-mail/PDF: resurgentbknotifications@resurgent.com Jun 29 2018 00:04:38
              Ashley Funding Services, LLC its successors and,   assigns as assignee of Reimbursement,
              Technologies, Inc.,   Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517134813    +E-mail/Text: kzoepfel@credit-control.com Jun 28 2018 23:57:43     Central Loan Admin & R,
              425 Phillips Blvs,   Trenton, NJ 08618-1430
517165405    +E-mail/Text: bankruptcy@certifiedcollection.com Jun 28 2018 23:57:32
              Certified Credit Collection Bureau,   POB 1750,   Whitehouse Station, NJ 08889-1750
517134815    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 28 2018 23:58:30     Credit Collections,
              Attention: Bankruptcy,   725 Canton Street,   Norwood, MA 02062-2679
517134816    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 28 2018 23:58:30     Credit Collections,
              PO Box 607,   Norwood, MA 02062-0607
517134817    +E-mail/PDF: pa_dc_ed@navient.com Jun 29 2018 00:04:54     Dept of Ed/Navient,
              Attn: Claims Dept,   PO Box 9635,   Wilkes Barre, PA 18773-9635
517134821    +E-mail/Text: admin@forestrecoveryservices.com Jun 28 2018 23:58:23     Forest Recovery Service,
              PO Box 83,   Barrington, IL 60011-0083
517134823     E-mail/Text: cio.bncmail@irs.gov Jun 28 2018 23:57:09     Internal Service Revenue,
              PO Box 7346,   Philadelphia, PA 19101-7346
517134824    +E-mail/Text: jgoley@leadersfc.com Jun 28 2018 23:57:20     Leaders Financial Comp.,
              21 Commerece Drive,   Floor 1,   Cranford, NJ 07016-3519
517258183     E-mail/PDF: pa_dc_claims@navient.com Jun 29 2018 00:04:53
              Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO BOX 9635,
              Wilkes-Barre, PA 18773-9635
517302779    +E-mail/Text: JCAP_BNC_Notices@jcap.com Jun 28 2018 23:57:54     Premier Bankcard, Llc,
              Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
517350790     E-mail/Text: bnc-quantum@quantum3group.com Jun 28 2018 23:57:34
              Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,   Kirkland, WA  98083-0788
517134832    +E-mail/Text: bankruptcy@senexco.com Jun 28 2018 23:56:55     Senex Services Corp,
              3333 Founders Road, 2nd Fl,   Indianapolis, IN 46268
517134833    +E-mail/Text: bankruptcy@sw-credit.com Jun 28 2018 23:57:43     Southwest Credit Services,
              4120 International Parkway,   Suite 1100,   Carrollton, TX 75007-1958

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Jun 28, 2018
                               Form ID: 185             Total Noticed: 48
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517244835        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 29 2018 00:05:00      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517134835        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 28 2018 23:56:53
                  Verizon Wireless,    Verizon Wireless Bankruptcy Admin.,    500 Technology Drive,    Suite 500,
                  Saint Charles, MO 63304-2225
517134836        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 28 2018 23:56:53
                  Verizon Wireless,    PO Box 650051,    Dallas, TX 75265-0051
517134838        +E-mail/Text: collect@williamsalexander.com Jun 28 2018 23:57:18      Williams, Alexander,
                  PO Box 2148,    Wayne, NJ 07474-2148
                                                                                        TOTAL: 20

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517134811*       +AR Resources, Inc,    Bankruptcy,    PO Box 1056,    Blue Bell, PA 19422-0287
517184994*       +Santander Consumer USA,    POB 961245,    Fort Worth, TX 76161-0244
                                                                                   TOTALS: 0, * 2, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    HomeBridge Financial Services, Inc.
           dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.
           rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William H. Oliver, Jr.    on behalf of Debtor Shane Joesph Sloan bkwoliver@aol.com,
           R59915@notify.bestcase.com
          William H. Oliver, Jr.    on behalf of Joint Debtor Sabrina Marie Sloan bkwoliver@aol.com,
           R59915@notify.bestcase.com
                                                                                    TOTAL: 6
```