UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

William H. Oliver, Jr., Esq.
2240 State Highway 33, Suite 112, PO Box 667
Neptune, NJ  07753
bkwoliver@aol.com
732-988-1500/Fax 732-775-7404

**Order Filed on August 29, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

SHANE JOSEPH SLOAN and SABRINA MARIE SLOAN,

Debtors

Case No.: 17-31390

Chapter: 13

Hearing Date: n/a

Judge: **Michael B. Kaplan**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through __2__ is hereby **ORDERED**.

**DATED: August 29, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____William H. Oliver, Jr._____, the applicant, is allowed a fee of $ _____800_____ for services rendered and expenses in the amount of $_____n/a_____ for a total of $_____800_____ . The allowance shall be payable:

☑ through the Chapter 13 plan as an administrative priority.

❏ outside the plan.

The debtor's monthly plan is modified to require a payment of $____1,108____ per month for ___50___ months to allow for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
Shane Joesph Sloan  
Sabrina Marie Sloan  
    Debtors

Case No. 17-31390-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 29, 2018  
                    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2018.  
db/jdb         +Shane Joseph Sloan,    Sabrina Marie Sloan,    236 Parkertown Drive,    Tuckerton, NJ 08087-3607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2018 at the address(es) listed below:  
       Albert    Russo     docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor     HomeBridge Financial Services, Inc.  
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       Rebecca Ann Solarz    on behalf of Creditor    HomeBridge Financial Services, Inc.  
        rsolarz@kmllawgroup.com  
       U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
       William H. Oliver, Jr.    on behalf of Debtor Shane Joesph Sloan bkwoliver@aol.com,  
        R59915@notify.bestcase.com  
       William H. Oliver, Jr.    on behalf of Joint Debtor Sabrina Marie Sloan bkwoliver@aol.com,  
        R59915@notify.bestcase.com  
                                                                                                         TOTAL: 6