Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  17−31390−MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Shane Joesph Sloan
   236 Parkertown Drive
   Tuckerton, NJ 08087

   Sabrina Marie Sloan
   aka Sabrina Marie Bell
   236 Parkertown Drive
   Tuckerton, NJ 08087

Social Security No.:
   xxx−xx−3508                                  xxx−xx−7466

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/22/19 at 09:00 AM

to consider and act upon the following:

*48* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Albert Russo. Objection deadline is 1/2/2019. (Attachments: # 1 Proposed Order) (Russo, Albert)

Dated: 12/28/18

                                                      Jeanne Naughton
                                                      Clerk, U.S. Bankruptcy Court