Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 17–31390–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Shane Joesph Sloan | Sabrina Marie Sloan |
| 236 Parkertown Drive | aka Sabrina Marie Bell |
| Tuckerton, NJ 08087 | 236 Parkertown Drive |
| | Tuckerton, NJ 08087 |

Social Security No.:
  xxx–xx–3508                              xxx–xx–7466

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 6/25/19 at 09:00 AM

to consider and act upon the following:

*68* – Creditor's Certification of Default (related document:28 Motion for Relief from Stay re: 236 Parkertown Rd, Little Egg Harbor NJ 08087. Fee Amount $ 181. filed by Creditor HomeBridge Financial Services, Inc., 30 Order on Motion For Relief From Stay) filed by Brian E Caine on behalf of NewRez LLC d/b/a Shellpoint Mortgage Servicing. Objection deadline is 05/23/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) FILING ERROR– /S/ SIGNATURE MISSING ON CERTIFICATION (Caine, Brian) Modified on 5/10/2019 (wdr).

Dated: 5/24/19

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court