UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for NewRez LLC d/b/a Shellpoint
Mortgage Servicing

Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Shane Joesph Sloan
Sabrina Marie Sloan

Case No. 17-31390-MBK
Chapter 13
Hearing:

Judge: Michael B. Kaplan

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Shane Joesph Sloan and Sabrina Marie Sloan
Case No: 17-31390-MBK
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

---

Upon the Certification of Default of NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*236 Parkertown Rd, Little Egg Harbor, New Jersey 08087*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion

Nothing in this Order shall prevent the Movant from discussing loss mitigation and/or loan modification options with the debtor.