UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER McCAY P.A.
BRIAN E. CAINE
9000 Midlantic Drive; Suite 300
Mt. Laurel, New Jersey 08054
(856) 985-4059
Attorney for NewRez LLC d/b/a Shellpoint Mortgage Servicing

Order Filed on June 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Shane Joesph Sloan
Sabrina Marie Sloan

Case No. 17-31390-MBK
Chapter 13
Hearing:

Judge: Michael B. Kaplan

## ORDER VACATING STAY AS TO REAL PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) are hereby **ORDERED**.

**DATED: June 26, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**
Debtor: Shane Joesph Sloan and Sabrina Marie Sloan
Case No: 17-31390-MBK
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

_____

Upon the Certification of Default of NewRez LLC d/b/a Shellpoint Mortgage Servicing, its successors and/or assigns, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following real property:

*236 Parkertown Rd, Little Egg Harbor, New Jersey 08087*

It is further ORDERED that the Movant may join the Debtors and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtors, Debtors' attorney, any trustee and any other party who entered an appearance on the motion

Nothing in this Order shall prevent the Movant from discussing loss mitigation and/or loan modification options with the debtor.

United States Bankruptcy Court
District of New Jersey

In re:
Shane Joesph Sloan
Sabrina Marie Sloan
    Debtors

Case No. 17-31390-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 27, 2019
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
db/jdb        +Shane Joesph Sloan,    Sabrina Marie Sloan,    236 Parkertown Drive,    Tuckerton, NJ 08087-3607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                                       Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2019 at the address(es) listed below:
           Albert   Russo     docs@russotrustee.com
           Brian E Caine     on behalf of Creditor     NewRez LLC d/b/a Shellpoint Mortgage Servicing
            bcaine@parkermccay.com,    BKcourtnotices@parkermccay.com
           Denise E. Carlon     on behalf of Creditor     HomeBridge Financial Services, Inc.
            dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
           Rebecca Ann Solarz     on behalf of Creditor     HomeBridge Financial Services, Inc.
            rsolarz@kmllawgroup.com
           U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
           William H. Oliver, Jr.     on behalf of Debtor Shane Joesph Sloan bkwoliver@aol.com,
            R59915@notify.bestcase.com
           William H. Oliver, Jr.     on behalf of Joint Debtor Sabrina Marie Sloan bkwoliver@aol.com,
            R59915@notify.bestcase.com
                                                                                                   TOTAL: 7