Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17–31390–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Shane Joesph Sloan
236 Parkertown Drive
Tuckerton, NJ 08087

Sabrina Marie Sloan
aka Sabrina Marie Bell
236 Parkertown Drive
Tuckerton, NJ 08087

Social Security No.:
  xxx–xx–3508                                                xxx–xx–7466

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on July 1, 2019.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: July 1, 2019
JAN: slf

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 17-31390-MBK
Shane Joesph Sloan                                                          Chapter 13
Sabrina Marie Sloan
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Jul 01, 2019
                              Form ID: 148             Total Noticed: 51

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
```
db/jdb         +Shane Joesph Sloan,    Sabrina Marie Sloan,    236 Parkertown Drive,    Tuckerton, NJ 08087-3607
lm             +Cenlar Mortgage,    425 Phillips Blvd,    Trenton, NJ 08618-1430
517134809      +1st Card Service,    377 Hoes Lane,    Piscataway, NJ 08854-4138
517134810      +AR Resources,    Bankruptcy,   PO Box 1056,    Blue Bell, PA 19422-0287
517134812     ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    21210 Erwin Street,
                Woodland Hills, CA 91367)
517134814      +Commonwealth Financial,    245 Main St,    Dickson City, PA 18519-1641
517134818      +Fed Loan Servicing,    Attn: Bankruptcy,    PO Box 69184,    Harrisburg, PA 17106-9184
517134819       First Premier Bank,    601 S Minneapolis Avenue,    Sioux Falls, SD 57104
517374437      +HomeBridge Financial Services, Inc.,    c/o Cenlar FSB,    425 Phillips Blvd,
                Ewing, NJ 08618-1430
517165406      +JCP&L,   POB 3687,    Akron, OH 44309-3687
517165407       Municipal Court of Toms River,    225 Oak Ave,    Toms River, NJ  08753
517297938      +NJSVS,   POB 136,    Trenton, NJ 08666-0136
517165408      +New Jersey Manufacturers Ins Co,    Att: Parker young Antinoff,    2 Eves Dr Ste 200,
                Marlton, NJ 08053-3193
517134825      +New Jersey Motor Vehicle Comissions,    PO Box 160,    Trenton, NJ 08666-0160
517165409      +New Jersey Natural Gas,    1415 Wyckoff Rd,    POB 1378,    Wall, NJ 07719-1378
517902423       New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10675,
                Greenville, SC  29603-0675
517902424       New Penn Financial, LLC d/b/a Shellpoint Mortgage,     P.O. Box 10675,
                Greenville, SC  29603-0675,    New Penn Financial, LLC d/b/a Shellpoint,    P.O. Box 10675,
                Greenville, SC  29603-0675
517165410       Ocean Medical Center,    POB 650292,    Dallas, TX  75265-0292
517134826      +Paramount Recovery Sys,    7524 Bosque Blvd Ste L,    Waco, TX 76712-3772
517134827      +Paramount Recovery Systems,    200 N. New Road,    PO Box 21626,    Waco, TX 76702-1626
517134828      +Pluese, Becker & Saltzman,    20000 Horizon Way, Ste 900,    Mount Laurel, NJ 08054-4318
517134829      +Quality Asset Recovery,    PO Box 239,   Gibbsboro, NJ 08026-0239
517134830      +Quality Asset Recovery,    7 Foster Avenue,   Suite 101,    Gibbsboro, NJ 08026-1191
517134834      +State of New Jersey,    Division of Taxation,    PO Box 245,    Trenton, NJ 08602-0245
517165411      +Stern Eisenberg,    1040 N Kings Highway,    Ste 407,    Cherry Hill, NJ 08034-1925
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 02 2019 01:09:42     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 02 2019 01:09:40     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517369978       EDI: RESURGENT.COM Jul 02 2019 04:23:00     Ashley Funding Services, LLC its successors and,
                assigns as assignee of Reimbursement,    Technologies, Inc.,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
517134813      +E-mail/Text: kzoepfel@credit-control.com Jul 02 2019 01:09:44     Central Loan Admin & R,
                425 Phillips Blvs,    Trenton, NJ 08618-1430
517165405      +E-mail/Text: bankruptcy@certifiedcollection.com Jul 02 2019 01:09:32
                Certified Credit Collection Bureau,    POB 1750,   Whitehouse Station, NJ 08889-1750
517134815      +EDI: CCS.COM Jul 02 2019 04:23:00      Credit Collections,    Attention: Bankruptcy,
                725 Canton Street,    Norwood, MA 02062-2679
517134816      +EDI: CCS.COM Jul 02 2019 04:23:00      Credit Collections,    PO Box 607,
                Norwood, MA 02062-0607
517134817      +EDI: NAVIENTFKASMDOE.COM Jul 02 2019 04:23:00      Dept of Ed/Navient,    Attn: Claims Dept,
                PO Box 9635,    Wilkes Barre, PA 18773-9635
517351687      +EDI: AIS.COM Jul 02 2019 04:23:00      Directv, LLC,    by American InfoSource LP as agent,
                4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517134820      +EDI: AMINFOFP.COM Jul 02 2019 04:23:00      First Premier Bank,    3820 N Louise Avenue,
                Sioux Falls, SD 57107-0145
517134821      +E-mail/Text: admin@forestrecoveryservices.com Jul 02 2019 01:10:19     Forest Recovery Service,
                PO Box 83,    Barrington, IL 60011-0083
517134822      +EDI: IIC9.COM Jul 02 2019 04:23:00      I.C. System Inc.,    PO Box 64378,
                Saint Paul, MN 55164-0378
517134823       EDI: IRS.COM Jul 02 2019 04:23:00      Internal Service Revenue,    PO Box 7346,
                Philadelphia, PA 19101-7346
517134824       E-mail/Text: krivera@leadersfc.com Jul 02 2019 01:08:03     Leaders Financial Comp.,
                21 Commerece Drive,    Floor 1,    Cranford, NJ 07016
517258183       EDI: NAVIENTFKASMSERV.COM Jul 02 2019 04:23:00     Navient Solutions, LLC on behalf of,
                Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
517302779      +EDI: JEFFERSONCAP.COM Jul 02 2019 04:23:00      Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
517350790       EDI: Q3G.COM Jul 02 2019 04:23:00      Quantum3 Group LLC as agent for,    CF Medical LLC,
                PO Box 788,    Kirkland, WA  98083-0788
517134832      +E-mail/Text: bankruptcy@senexco.com Jul 02 2019 01:08:00     Senex Services Corp,
                3333 Founders Road, 2nd Fl,    Indianapolis, IN 46268
```

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Jul 01, 2019
                              Form ID: 148             Total Noticed: 51
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517134831       +EDI: DRIV.COM Jul 02 2019 04:23:00      Santander Consumer USA,    PO Box 961245,
                  Fort Worth, TX 76161-0244
517177618       +EDI: DRIV.COM Jul 02 2019 04:23:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                  Dallas, TX 75356-0284
517134833       +EDI: SWCR.COM Jul 02 2019 04:23:00      Southwest Credit Services,    4120 International Parkway,
                  Suite 1100,    Carrollton, TX 75007-1958
517244835       +EDI: AIS.COM Jul 02 2019 04:23:00      Verizon,   by American InfoSource LP as agent,
                  4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517134835       +EDI: VERIZONCOMB.COM Jul 02 2019 04:23:00      Verizon Wireless,
                  Verizon Wireless Bankruptcy Admin.,    500 Technology Drive,    Suite 500,
                  Saint Charles, MO 63304-2225
517134836       +EDI: VERIZONCOMB.COM Jul 02 2019 04:23:00      Verizon Wireless,    PO Box 650051,
                  Dallas, TX 75265-0051
517134837       +EDI: WFFC.COM Jul 02 2019 04:23:00      Wells Fargo Card Servics,    PO Box 10438,   MACF8235-02F,
                  Des Moines, IA 50306-0438
517134838       +E-mail/Text: collect@williamsalexander.com Jul 02 2019 01:09:12      Williams, Alexander,
                  PO Box 2148,    Wayne, NJ 07474-2148
                                                                                              TOTAL: 26

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517134811*      +AR Resources, Inc,   Bankruptcy,    PO Box 1056,   Blue Bell, PA 19422-0287
517184994*      +Santander Consumer USA,    POB 961245,   Fort Worth, TX 76161-0244
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
```
              Albert   Russo    docs@russotrustee.com
              Brian E Caine     on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
                bcaine@parkermccay.com,   BKcourtnotices@parkermccay.com
              Denise E. Carlon     on behalf of Creditor    HomeBridge Financial Services, Inc.
                dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    HomeBridge Financial Services, Inc.
                rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Shane Joesph Sloan bkwoliver@aol.com,
                R59915@notify.bestcase.com
              William H. Oliver, Jr.    on behalf of Joint Debtor Sabrina Marie Sloan bkwoliver@aol.com,
                R59915@notify.bestcase.com
                                                                                              TOTAL: 7
```